# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

GRANT PARISH SCHOOL BOARD                    CIVIL ACTION NO. 1:15-CV-01719

      Plaintiff,                                     CHIEF JUDGE DEE D. DRELL

v.                                                        MAG. JUDGE JAMES D. KIRK

MONSANTO COMPANY, SOLUTIA INC.,
AND PHARMACIA CORPORATION,

      Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Civil Rule 41.1,

the undersigned counsel hereby stipulate that all claims of Plaintiff Grant Parish School Board

herein against Defendants Monsanto Company, Solutia Inc., and Pharmacia Corporation be

dismissed in their entirety with prejudice, each party to bear its own costs.

Date: January 13, 2017                    RESPECTFULLY SUBMITTED,


                              */s/ Philip F. Cossich, Jr.*
                              Philip F. Cossich, Jr. (LA # 1788)
                              pcossich@cossichlaw.com
                              Designated Trial Attorney Per W.D. La. LR 11.2
                              Brandon Taylor (LA # 27662)
                              btaylor@cossichlaw.com
                              COSSICH, SUMICH, PARSIOLA & TAYLOR, LLC
                              8397 Highway 23, Suite 100
                              Belle Chasse, LA 70037
                              Telephone:  (504) 394-9000

                              Scott Summy (*Pro Hac Vice*)
                              ssummy@baronbudd.com
                              Mitchell McCrea (*Pro Hac Vice*)
                              mmccrea@baronbudd.com
                              BARON & BUDD, P.C.

3102 Oak Lawn Ave., Ste. 1100
Dallas, TX 75219
Telephone (214) 521-3605

ATTORNEYS FOR PLAINTIFF

*/s/ Adelaida J. Ferchmin*
Adelaida J. Ferchmin (LA # 29859)
aferchmin@preisplc.com
Designated Trial Attorney Per W.D.La. LR 11.2
PREIS PLC
601 Poydras St., Ste. 1700
New Orleans, LA 70130
Telephone (504) 581-6062

Thomas M. Goutman (*Pro Hac Vice*)
goutmant@whiteandwilliams.com
WHITE & WILLIAMS
1650 Market St., Ste. 1800
Philadelphia, PA 19103-7395
Telephone (215) 864-7057

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.  I also certify that, as of the date of this filing, there are no manual recipients identified to receive this mailing.


___/s/ Philip F. Cossich, Jr._____
Philip F. Cossich, Jr.